**Order entered December 2, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00589-CV

### IN THE INTEREST OF L.M.T., A CHILD

**On Appeal from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-18-19417**

## ORDER

Before the Court is appellant's November 25, 2019 motion for extension of time to file his brief. We **GRANT** the motion and **ORDER** the brief be filed no later than December 27, 2019.

/s/     ROBERT D. BURNS, III
         CHIEF JUSTICE